## People of the State of Illinois, Plaintiff-Appellee, v. Frank Sarelli, Defendant-Appellant.

Gen. No. 52,890.

First District, Second Division.

January 21, 1969.

Rehearing denied March 5, 1969.

Anna R. Lavin, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Thomas J. Immel, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.